# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      NO. 4:15cr00101-15 JM

KRISTEN L. HOLLAND                      DEFENDANT

## ORDER

The Judgment [DE#474] entered on July 15, 2016, is hereby amended to reflect that the defendant shall perform 150 hours community service during probation. The location for the community service will be determined by the probation officer.

All other conditions contained in the original Judgment remain in full force and effect.

IT IS SO ORDERED this 22nd day of July, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE